UNITED STATES DISTRICT COURT  **MAKE JS-6**
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  CV-11-5707-R                                      Date: AUGUST 17, 2011

Title:  IN RE: LAWRENCE EUGENE REDMAN AND JOY ANN REDMAN
=====================================================================
PRESENT:  HONORABLE MANUEL L. REAL, JUDGE

| William Horrell | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

　　　None                                                            None

PROCEEDINGS:    MINUTE ORDER (IN CHAMBERS)


**Counsel having failed to file the documents required by the Federal Rules of Bankruptcy Procedure 8006, as noted in the Appeal Deficiecy Notice filed on July 12, 2011,**

**IT IS NOW HEREBY ORDERED that this Bankruptcy Appeal is DISMISSED.**


cc: counsel of record
　　　U.S. Bankruptcy Court


MINUTES FORM 11                                           Initials of Deputy Clerk ___WH____
CIVIL -- GEN